Rory J. Radding (RR 4042)
David I. Greenbaum (DG 6232)
Jennifer L. Dereka (JD 1577)
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
212.308.4411

*Attorneys for Plaintiff Ritani, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
RITANI, LLC,

        Plaintiff,

    -against-

HAROUT AGHJAYAN; HAROUT R, LLC; H. RITANI, INC.; H. RITANI, LLC; H. RITANI, CORP.; and AMAZING SETTINGS, LLP

        Defendants.
------------------------------------ X

Index No. 11-CV-8928 (RWS)

## CERTIFICATE OF SERVICE

Rory J. Radding, being duly sworn, deposes and says:

I am a member of the Bar of this Court and state the following under penalty of perjury. On this 23rd day of December, 2011, by agreement, I caused to be served by hand delivery a true and exact copy of plaintiff Ritani, LLC's COMPLAINT, SUMMONS and accompanying RULE 7.1 STATEMENT, upon all of the defendants by service on the following:

        HAROUT AGHJAYAN
        HAROUT R, LLC
        101 CARLSON COURT
        CLOSTER, NJ 07624

Dated: December 23, 2011

By: _____
Rory J. Radding (RR 4042)
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
212.308.4411

*Attorneys for Plaintiff Ritani, LLC*

NYC 410088.1

1