MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706
Erica B. Garay, Esq.
Lynn M. Brown, Esq.
egaray@msek.com
lbrown@msek.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITANI, LLC,<br><br>         Plaintiff,<br><br>   - against -<br><br>HAROUT AGHJAYAN; HAROUT R, LLC; H. RITANI, INC.; H. RITANI, LLC; H. RITANI, CORP.; and AMAZING SETTINGS, LLP,<br><br>         Defendants. | Case No.<br>11-CV-8928 (RWS) (GWG)<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION TO DISMISS COMPLAINT

MOTION BY:                      Defendants

PLACE, DATE & TIME              March 14, 2012 at 12:00 p.m.
OF HEARING:                     U.S. District Court for the Southern
                                District of New York, 500 Pearl Street
                                New York, NY 10007

RELIEF SOUGHT:                  Order dismissing the complaint pursuant to
                                Fed. R. Civ. P. 12(b)(1) and (6) and
                                attorneys' fees pursuant to 17 U.S.C. §505.

PAPERS IN SUPPORT
OF MOTION:                      Affidavit of Harout Aghjayan sworn to on
                                February 1, 2012, and the exhibits annexed
                                thereto

DATE OF NOTICE OF MOTION:       February 6, 2012

| | |
|---|---|
| PAPERS IN OPPOSITION TO MOTION: | Opposing papers, if any, are required to be served on the undersigned by February 21, 2012 |
| | Reply papers due February 28, 2012 |
| NOTICE OF MOTION ADDRESSED TO: | EDWARDS WILDMAN PALMER LLP<br>750 Lexington Avenue<br>New York, New York   10022<br>Telephone:  (212) 308-4411<br>Facsimile:   (212) 308-4844<br>Rory J. Radding, Esq.<br>David I. Greenbaum, Esq.<br>Jennifer L. Dereka, Esq.<br>rradding@edwardswildman.com<br>dgreenbaum@edwardswildman.com<br>jdereka@edwardswildman.com<br>*Attorneys for Plaintiff* |
| NOTICE OF MOTION SERVED BY: | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, New York  11530-9194<br>Telephone:  (516) 741-6565<br>Facsimile:   (516) 741-6706<br>Erica B. Garay, Esq.<br>Lynn M. Brown, Esq.<br>egaray@msek.com<br>lbrown@msek.com<br>*Attorneys for Defendants* |

865472