UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RITANI LLC,

                                                      ORDER

                Plaintiffs,                  11 Civ. 8928 (RWS) (GWG)

   -v.-

HAROUT AGHJAYAN et al.,

                Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       After consultation with the parties, the following scheduling order is adopted by the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1. The parties may move to amend the pleadings or join any other parties no later than December 21, 2012.

2. All requests for documents and interrogatories pursuant to Local Civil Rule 33.3(a) shall be served by October 12, 2012.

3. Responses to such requests shall be completed by December 12, 2012.

4. All non-expert discovery shall be commenced in time to be completed by June 28, 2013.

5. Disclosure of the identities and reports of experts shall be made simultaneously by all parties on or before July 26, 2013. Any rebuttal reports shall be disclosed on or before August 30, 2013.

6. Depositions of experts shall be completed by October 4, 2013.

7. The parties shall inform each other in writing by October 11, 2012 whether either intends to file a summary judgment motion.

8. Any summary judgment motion shall be filed by November 19, 2012, and shall conform with Judge Sweet's Individual Practices.

9. If no party states its intention to file a summary judgment motion, plaintiff will supply pretrial order materials to defendants in accordance with Judge Sweet's Individual

Practices on or before November 1, 2013. The pre-trial order shall be filed within 14 days thereafter. If, however, a summary judgment motion is served on or before the due date, the due date of the plaintiff's portion of the pretrial order materials shall be extended to 30 days following decision on the summary judgment motion and the pretrial order shall be filed within 14 days thereafter.

10. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application. The application also must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order. 'Good cause' as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

11. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: www.nysd.uscourts.gov/judge/Gorenstein . Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

SO ORDERED.

Dated: New York, New York
         September 10, 2012

GABRIEL W. GORENSTEIN
United States Magistrate Judge