Rory J. Radding (RR 4042)
Jennifer L. Dereka (JD 1577)
H. Straat Tenney (HT 1224)
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
212.308.4411

*Attorneys for Plaintiff and Counterclaim-Defendant Ritani, LLC, and Counterclaim-Defendants Julius Klein Diamonds, Joseph Manber, and Abraham D. Klein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------- X

RITANI, LLC,

    Plaintiff,

  -against-

HAROUT AGHJAYAN; HAROUT R, LLC; H. RITANI, INC.; H. RITANI, LLC; H. RITANI, CORP.; and AMAZING SETTINGS, LLP

    Defendants.

-------------------------------------------- X

H. RITANI CORP.,

    Defendant-Counterclaim Plaintiff

  -against-

RITANI, LLC,

    Plaintiff-Counterclaim Defendant,

  -and-

JULIUS KLEIN DIAMONDS, LLC, JOSEPH MANBER, and ABRAHAM D. KLEIN

    Additional Defendants on the Counterclaim

-------------------------------------------- X

Index No. 11-CV-8928 (RWS)(GWG)

FILED ELECTRONICALLY

**PLAINTIFF AND COUNTER-DEFENDANTS' MOTION TO DISMISS DEFENDANT H. RITANI CORP.'S <u>COUNTERCLAIMS</u>**

PLEASE TAKE NOTICE that Plaintiff and Counterclaim-Defendant Ritani, LLC and Counterclaim-Defendants Julius Klein Diamonds, LLC, Joseph Manber, and Abraham D. Klein (collectively, "Counter-Defendants"), by and through their attorneys, hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to Dismiss Defendant and Counterclaim-Plaintiff H. Ritani Corp.'s counterclaims for fraud, negligent misrepresentation, breach of fiduciary duty, and aiding and abetting breach of fiduciary duty.

WHEREFORE, Counter-Defendants respectfully request that this Court grant their Motion to Dismiss Defendants Counterclaims For Counterclaims for Fraud, Negligent Misrepresentation, Breach of Fiduciary Duty, and Aiding and Abetting Breach of Fiduciary Duty pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

Dated: New York, New York  
October 1, 2012

EDWARDS WILDMAN PALMER LLP

By: */s/ Rory J. Radding*  
Rory J. Radding (RR 4042)  
Jennifer L. Dereka (JD 1577)  
H. Straat Tenney (HT 1224)  
EDWARDS WILDMAN PALMER LLP  
750 Lexington Avenue  
New York, New York  10022  
Telephone:   212.308.4411

*Attorneys for Plaintiff and Counterclaim-Defendant Ritani, LLC, and Counterclaim-Defendants Julius Klein Diamonds, Joseph Manber, and Abraham D. Klein*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 1, 2012 a true and correct copy of the foregoing PLAINTIFF AND COUNTERCLAIM-DEFENDANTS MOTION TO DISMISS DEFENDANT H. RITANI CORP.'S COUNTERCLAIM was served upon counsel for the Defendants listed below (by e-mail, electronic filing, First Class Mail):

     Erica B. Garay, Esq.
     Lynn M. Brown, Esq.
     egaray@msek.com
     lbrown@msek.com
     Meyer, Suozzi, English & Klein, P.C.
     990 Stewart Avenue, Suite 300
     P.O. Box 9194
     Garden City, New York  11530-9194


      /s/  H. Straat Tenney
     H. Straat Tenney
     EDWARDS WILDMAN PALMER LLP
     750 Lexington Avenue
     New York, New York 10022
     Telephone:  212.308.4411
     E-mail: stenney @edwardswildman.com