# EASON ELLIS

One Barker Avenue
Fifth Floor
White Plains, New York 10601-1526
t: 914.821.3075
f: 914.288.0023

July 25, 2014

Cameron S. Reuber
Senior Associate
Reuber@LeasonEllis.com

**VIA ECF and FACSIMILE to (212) 805-4268**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ritani, LLC v. Harout Aghjayan, et al.*
1:11-cv-08928 (RWS)(GWG) (SDNY)

Dear Judge Gorenstein:

We are counsel for Plaintiff in the above-referenced action. We write jointly with counsel for Defendants to submit the parties' joint proposal for completion of discovery contemplated at the last discovery conference held before Your Honor on June 19, 2014.

Proposed Discovery Plan

The proposed plan is as follows:

1. The deadline for parties to complete fact discovery is October 10, 2014.

2. The deadline for parties to submit all expert disclosures (*e.g.*, reports) required by Rule 26 is October 17, 2014.

3. The deadline for parties to submit expert rebuttal disclosures is November 18, 2014.

4. The deadline for parties to complete all discovery is December 17, 2014.

The parties shall inform each other in writing as to whether any intends to file a dispositive motion by December 23, 2014. The disclosure shall generally state the issues upon which summary judgment shall be sought. The parties shall meet and confer regarding a summary judgment briefing schedule by January 9, 2015, which shall be submitted for court approval by January 15, 2015. If no party intends to file a summary judgment motion, the parties shall meet and confer by no later than February 2, 2015, regarding the scheduling of trial and preparation and submission of pretrial order materials consistent with Judge Sweet's Individual Practices.

Wherefore, the parties respectfully request endorsement and entry into the record of the proposed case management schedule outlined above.

Respectfully submitted,

Cameron S. Reuber

cc: Counsel for Defendants (by ECF)

Granted
SO ORDERED. DATE: 7/25/14
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

{10055/608847-300/01191164.1}