UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RITANI LLC,                                              :

        Plaintiff,                              :        ORDER

  -v.-                                                      :
                                                               11 Civ. 8928 (RWS) (GWG)
HAROUT AGHJAYAN et al.,                    :

        Defendants.                            :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      A conference to discuss the discovery dispute raised in the letter dated January 14, 2015, will take place on <u>Tuesday, January 27, 2015, at 3:30 p.m.</u> in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. It is the Court's intention to decide the dispute based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin promptly.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated:  January 20, 2015

      New York, New York

                                                                 GABRIEL W. GORENSTEIN
                                                               United States Magistrate Judge