UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RITANI LLC,

        Plaintiff,  :  ORDER

    -v.-

                                        11 Civ. 8928 (RWS) (GWG)

HAROUT AGHJAYAN et al.,

        Defendants.
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     A conference to discuss the discovery dispute raised in the letter dated March 30, 2015 will take place on <u>Friday, April 10, 2015 at 11:00 a.m.</u> in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

     This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin promptly.

     Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

     SO ORDERED.

Dated: April 7, 2015
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge