

Michael J. Lauricella

mlauricella@archerlaw.com
201-498-8545 (Ext. 7545) Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
630 Third Avenue
New York, NY 10017
212-682-4940 Main
212-682-4942 Fax
www.archerlaw.com

June 28, 2018

**VA ECF**

Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   Ritani, LLC v. Harout Aghjayan, et. al.
             Civil Action No. 1:11-cv-08928 (CWG)

Dear Judge Gorenstein:

      My firm represents the Defendants in the above-referenced action. We write, jointly with Plaintiff's counsel, to provide Your Honor with the joint report on the status of discovery that is due on July 5, 2018, 2018.

      Defendants are in the process of reviewing the new documents identified by Plaintiff on June 13, 2018 and the discovery requests to which Plaintiff contends the documents would have been responsive. Plaintiff is reviewing the documents produced from the "Feb 17 folder" and "Exhibit 24." Given the upcoming July 4th holiday, counsel for the parties have set up a call the for July 12, at 2:00 p.m., to address any issues arising out of these two items, and will report back to the Court by the next scheduled status update of July 26, 2018.

      Thank you for Your Honor's consideration of this matter.

                                    Respectfully submitted,
                                    */s Michael J. Lauricella*
                                    Michael J. Lauricella

cc:   Cameron S. Reuber, Counsel for Plaintiff (Via ECF)

214712439v1