IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITANI, LLC,<br>          *Plaintiff*,<br><br>-against-<br><br>HAROUT AGHJAYAN; SHAWNDRIA AGHJAYAN; HAROUT R, LLC; RITANI, LLC; H. RITANI, CORP.; and AMAZING SETTINGS, LLP | Civil Action No.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action is dismissed with prejudice and without costs as to all claims and all parties.

_____
Cameron Reuber Esq.
*Attorney for the Plaintiff*
LEASON ELLIS
One Barker Avenue, Fifth Floor
White Plains, NY 10601

_____
Patrick Papalia, Esq.
*Attorney for the Defendants*
Archer & Greiner, P.C.
630 Third Avenue, 7th Floor
New York, New York 10017

216373480v1